# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 1941544 |
| | ) | |
| AMY RYAN | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO AMEND J

    Now comes Lamya A. Forghany for Debtor, Amy Ryan in the above captioned matter and moves this Honorable Court to allow the Motion to Amend Schedule J for feasibility.

 

Respectfully submitted,
Amy Ryan
by her attorney,

Dated: November 19, 2019

**/s/ Lamya A. Forghany**
Forghany Law P.C.
85 Essex Street
3rd Floor
Haverhill MA 01832
(978) 258-0384
BBO# 675168

## United States Bankruptcy Court
**District of Massachusetts**

In re  **Amy C. Ryan**                                              Case No.  **19-41544**
                                Debtor(s)                           Chapter    **13**

### CERTIFICATE OF SERVICE

I hereby certify that on **November 19, 2019**, a copy of **the Motion and Amended Schedule** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Avant**
**Attn: Bankruptcy**
**Po Box 9183380**
**Chicago, IL 60691**

**Bank of America**
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27420**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One Auto Finance**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One Auto Finance**
**a division of Capital One, N.A.**
**4515 N Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

**Credit One Bank**
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**

**Doonan, Graves, & Longoria**
**100 Cummings Center**
**Suite 225D**
**Beverly, MA 01915**

**Freedom Mortgage Corporation**
**Attn: Bankruptcy**
**907 Pleasant Valley Ave, Ste 3**
**Mt Laurel, NJ 08054**

**LVNV Funding LLC**
**Resurgent Capital Services**
**PO Box 10587**
**Greenville, SC 29603**

**Pinnacle Service Solutions LLC**
**4408 Milestrip Rd #247**
**Buffalo, NY 14219**

**Syncb/ccsycc**
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Care Credit**
**Attn:  Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**/s/ Lamya A. Forghany**
**Lamya A. Forghany 675168**
**Forghany Law, P.C.**
**85 Essex Street**
**3rd Floor**
**Haverhill, MA 01832**
**978-258-0384 Fax:978-299-0184**
**Bankruptcy@ForghanyLaw.com**