# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 19-41544 |
| | ) | |
| AMY RYAN | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO AMEND
## CHAPTER 13 PLAN

Now comes Lamya A. Forghany for Debtor, Amy Ryan in the above captioned matter and moves this Honorable Court to allow the Motion to Amend Chapter 13 Plan to accommodate the claims filed.

Respectfully submitted,
Amy Ryan
by her attorney,

Dated: January 6, 2019

***/s/ Lamya A. Forghany***
Forghany Law P.C.
85 Essex Street
3rd Floor
Haverhill MA 01832
(978) 258-0384
BBO# 675168

## United States Bankruptcy Court
### District of Massachusetts

In re  **Amy C. Ryan**                                                                 Case No.  **19-41544**
                                   Debtor(s)                                           Chapter   **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **January 6, 2020**, a copy of **the Motion** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bank of America, N.A.**
**PO BOX 31785**
**Tampa, FL 33631**

**Capital One Bank (USA), N.A.**
**4515 N Santa Fe Ave**
**Oklahoma City, OK 73118**

**Freedom Mortgage Corporation**
**10500 Kincaid Blvd.**
**Fishers, IN 46037**

**Jefferson Capital Systems LLC.**
**PO Box 7999**
**Saint Cloud, MN 56302**

**Avant**
**Attn: Bankruptcy**
**Po Box 9183380**
**Chicago, IL 60691**

**Bank of America**
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27420**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One Auto Finance**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One Auto Finance**
**a division of Capital One, N.A.**
**4515 N Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

**Credit One Bank**
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**

**Doonan, Graves, & Longoria**
**100 Cummings Center**
**Suite 225D**
**Beverly, MA 01915**

**Freedom Mortgage Corporation**
**Attn: Bankruptcy**
**907 Pleasant Valley Ave, Ste 3**
**Mt Laurel, NJ 08054**

**LVNV Funding LLC**
**Resurgent Capital Services**
**PO Box 10587**
**Greenville, SC 29603**

**Pinnacle Service Solutions LLC**
**4408 Milestrip Rd #247**
**Buffalo, NY 14219**

**Syncb/ccsycc**
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Care Credit**
**Attn:  Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**Westlake Financial Services**
**4751 Wilshire Blvd**
**Suite 100**
**Los Angeles, CA 90010**

**/s/ Lamya A. Forghany**
**Lamya A. Forghany 675168**
**Forghany Law, P.C.**
**85 Essex Street**
**3rd Floor**
**Haverhill, MA 01832**
**978-258-0384Fax:978-299-0184**
**Bankruptcy@ForghanyLaw.com**