# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 19-41544 |
| | ) | |
| AMY RYAN | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## MOTION TO AMEND J

Now comes Lamya A. Forghany for Debtor, Amy Ryan in the above captioned matter and moves this Honorable Court to allow the Motion to Amend Schedule J for feasibility.

                Respectfully submitted,
                Amy Ryan
                by her attorney,

Dated: January 6, 2020

***/s/ Lamya A. Forghany***
Forghany Law P.C.
85 Essex Street
3rd Floor
Haverhill MA 01832
(978) 258-0384
BBO# 675168

# United States Bankruptcy Court
### District of Massachusetts

In re  **Amy C. Ryan**                                                                                           Case No.  **19-41544**
                                             Debtor(s)                                                           Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 6, 2020**, a copy of **the Motion and Schedule** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bank of America, N.A.**
**PO BOX 31785**
**Tampa, FL 33631**

**Capital One Bank (USA), N.A.**
**4515 N Santa Fe Ave**
**Oklahoma City, OK 73118**

**Freedom Mortgage Corporation**
**10500 Kincaid Blvd.**
**Fishers, IN 46037**

**Jefferson Capital Systems LLC.**
**PO Box 7999**
**Saint Cloud, MN 56302**

**Avant**
**Attn: Bankruptcy**
**Po Box 9183380**
**Chicago, IL 60691**

**Bank of America**
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27420**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One Auto Finance**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One Auto Finance**
**a division of Capital One, N.A.**
**4515 N Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

**Credit One Bank**
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**

**Doonan, Graves, & Longoria**
**100 Cummings Center**
**Suite 225D**
**Beverly, MA 01915**

**Freedom Mortgage Corporation**
**Attn: Bankruptcy**
**907 Pleasant Valley Ave, Ste 3**
**Mt Laurel, NJ 08054**

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Buffalo, NY 14219

Syncb/ccsycc
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Westlake Financial Services
4751 Wilshire Blvd
Suite 100
Los Angeles, CA 90010

/s/ Lamya A. Forghany
Lamya A. Forghany 675168
Forghany Law, P.C.
85 Essex Street
3rd Floor
Haverhill, MA 01832
978-258-0384Fax:978-299-0184
Bankruptcy@ForghanyLaw.com