# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re ) | Case No. 19-41544 | |
| ) | | |
| AMY RYAN ) | Chapter 13 | |
| ) | | |
| Debtor. ) | | |
| _____) | | |

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Debtor, Amy Ryan, by and through her Attorney, Lamya A. Forghany. and pursuant to 11 U.S.C. §1307, hereby moves to dismiss the above captioned Chapter 13 bankruptcy case.

IN SUPPORT HEREOF, Debtor is seeking alternative financing options regarding her unsecured debt and therefore requests that her case be dismissed.

Respectfully submitted,
Amy Ryan
by her attorney,

Dated: December 15, 2021

 /s/ *Lamya A. Forghany*
Lamya A. Forghany
Forghany Law P.C.
85 Essex Street
3rd Floor
Haverhill MA 01832
(978) 258-0384
BBO# 675168

## CERTIFICATE OF SERVICE

I, Lamya A. Forghany, Esq., hereby certify that I have served a copy of the within Motion to the distribution service attached.

Date: December 15, 2021


**_/s/ Lamya A. Forghany, Esq._**

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

| | | |
|---|---|---|
| Avant<br>Attn: Bankruptcy<br>Po Box 9183380<br>Chicago, IL 60691-3380 | Bank of America<br>Attn: Highest Ranking Official<br>100 N. Tryon Street<br>Charlotte, NC 28255-0001 | Bank of America, N.A.<br>PO BOX 31785<br>TAMPA, FL 33631-3785 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Doonan, Graves, & Longoria<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915-6113 | Freedom Mortgage Corporation<br>10500 Kincaid Blvd.<br>Fishers, IN. 46037-9764 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave, Ste 3<br>Mt Laurel, NJ 08054-1210 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | Syncb/ccsycc<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Westlake Financial Services<br>4751 Wilshire Blvd, Suite 100<br>Los Angeles, CA 90010-3847 | Amy C. Ryan<br>65 Euclid Street<br>Gardner, MA 01440-1974 |
| Denise M. Pappalardo<br>P. O. Box 16607<br>Worcester, MA 01601-6607 | | Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC.
PO Box 7999
St Cloud, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Freedom Mortgage Corporation

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901