Dated: 12/20/2021

GRANTED. THIS CASE IS HEREBY DISMISSED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 19-41544 |
| | ) | |
| AMY RYAN | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Debtor, Amy Ryan, by and through her Attorney, Lamya A. Forghany. and pursuant to 11 U.S.C. §1307, hereby moves to dismiss the above captioned Chapter 13 bankruptcy case.

IN SUPPORT HEREOF, Debtor is seeking alternative financing options regarding her unsecured debt and therefore requests that her case be dismissed.

Respectfully submitted,
Amy Ryan
by her attorney,

Dated: December 15, 2021

*/s/ Lamya A. Forghany*
Lamya A. Forghany
Forghany Law P.C.
85 Essex Street
3rd Floor
Haverhill MA 01832
(978) 258-0384
BBO# 675168